**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6879**

---

RAHIM E. H. MUHAMMAD X, a/k/a Rahim X,

Plaintiff - Appellant,

versus

F. TAYLOR; LIEUTENANT BOYERS; SERGEANT SMILEY;
SERGEANT CONNORS; SERGEANT SANTIAGO; DOCTOR
LIGHTNER; DOCTOR WONG; D. SWISHER; R. W. BYRD;
C. AILSTOCK; L. SAUNDERS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.
(CA-95-1296-R)

---

Submitted:  September 24, 1996     Decided:  October 9, 1996

---

Before MURNAGHAN, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Rahim E.H. Muhammad X, Appellant Pro Se.  Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Mark Dudley Obenshain, WHARTON, ALDHIZER & WEAVER, Harrisonburg, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rahim E. H. Muhammad X appeals from the district court's order continuing his 42 U.S.C. § 1983 (1994) action for ninety days and ordering him to exhaust inmate grievance procedures. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED